**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Michael Anthony LAPAGLIA,**
**Petitioner**

**No. 158 WAL 2017**

Supreme Court of Pennsylvania.

August 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Angela MARINUCCI, Petitioner**

**No. 472 WAL 2016**

Supreme Court of Pennsylvania.

August 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of August, 2017, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** for reconsideration in light of *Commonwealth v. Batts*, 163 A.3d 410, 2017 WL 2735411 (Pa. 2017), **LIMITED TO** the question of whether the instant judgment of sentence is unconstitutional under the Eighth Amendment, and therefore an illegal sentence. Allowance of appeal is **DENIED** in all other respects.

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Dean Leroy CUSTER, Petitioner**

**No. 187 WAL 2017**

Supreme Court of Pennsylvania.

August 28, 2017

## ORDER

PER CURIAM

AND NOW, this 28th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.